Nov. 20 2007 [signature] DUSA

AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA
V.

John Donnell
2169 Lynbridge Dr., Reynoldsburg, OH 43068

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: 2:07-MJ-485

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about 11/11/2003 (Date) in Franklin County, in the Southern District of Ohio defendant(s) did,

*(Track Statutory Language of Offense)*

make a material false and fraudulent statement in a matter within the jurisdiction of the United States Department of Housing and Urban Development,

in violation of Title 18 United States Code, Section(s) 1001 .

I further state that I am a(n) Special Agent (Official Title) and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part of this complaint: ☑ Yes ☐ No

[signature: Jennifer Howell]
Signature of Complainant

JENNIFER HOWELL
Printed Name of Complainant

Sworn to before me and signed in my presence,

11/21/07 at Colo Ohio
Date City State

N M King, USMJ [signature]
Name and Title of Judge Signature of Judge

AFFIDAVIT

I, Jennifer Howell, being duly sworn, depose and state:

I am Special Agent with the U.S. Department of Housing and Urban Development, Office of Inspector General (HUD OIG), currently assigned to the Columbus, Ohio field office of the Midwest Division. I have been so employed by the HUD OIG for 8 years and have been assigned to investigations involving fraud and white-collar crime violations in the Southern District of Ohio for approximately 6 years.

This affidavit is made in support of a request for the issuance of a criminal complaint and arrest warrant for John Donnell. The facts set forth in this affidavit are offered to demonstrate that John Donnell committed the offense of theft of property or money of the United States, in violation 18 U.S.C. § 1001, by fraudulently converting to his own use U.S. Department of Housing and Urban Development low-income housing subsidy benefits in excess of what he actually qualified for based upon his household income.

I have investigated multiple cases in Chicago, Illinois and the Southern District of Ohio involving government subsidized housing tenant fraud. In 2005 the Department of Housing and Urban Development initiated an agency initiative involving Columbus Metropolitan Housing Authority (CMHA) tenants who allegedly failed to report employment and income when applying for and/or maintaining receipt of government benefits.

Columbus Metropolitan Housing Authority (CMHA) receives federal funds from the U.S. Department of Housing and Urban Development, a department of the United States, to administer the housing choice voucher program, often referred to as Section Eight. The housing choice voucher program is a program of the United States government for assisting very low-income families, elderly, and the disabled to afford decent, safe, and sanitary housing in the private market.

Under the provisions of the Section Eight program, CMHA pays a landlord a housing subsidy on behalf of a participating family. The family pays the difference between the actual rent charged by the landlord and the amount subsidized by the program. CMHA Section Eight tenants are required to re-certify eligibility for benefits annually or on an interim basis as required.

As part of the process of certification and/or recertification for housing subsidy benefits, CMHA Section Eight tenants are required to bring to an interview at CMHA verification of current (within the past 30 days) employment, income, and assets. All household members eighteen years and older review and sign a personal declaration form regarding employment, income, and assets. CMHA mails verification forms to third parties to confirm information provided by the tenant during the certification interview.

John Donnell began receiving CMHA Section Eight benefits on or about January 2000, and continued receiving such benefits through November 1, 2004.

Donnell became employed by Columbus Regional Airport Authority effective May 7, 2000. Donnell reported to CMHA that he received social security income benefits and that he did not have gainful employment at his October 2000, March 2001, November 2001, November 2002, and November 11, 2003 re-certification interviews for Section Eight benefits.

Columbus Airport Authority employment records show Donnell earned approximately $16,852.14 in 2000, $25,882.37 in 2001, $26,913.41 in 2002, $32,345.78 in 2003, and $35,064.93 in 2004. Donnell did not report any of the income when applying for and maintaining Section Eight housing benefits through CMHA.

Donnell's failure to report true and accurate income during the period March 2001 through November 2004 resulted in an overpayment of Section Eight benefits in the approximate amount of $24,012.00.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief

Jennifer Howell
Special Agent, U.S. Department of Housing and Urban Development, Office of Inspector General

Sworn to and subscribed before me this ____ day of November, 2007.

Honorable United States Magistrate Judge
United States District Court
Southern District of Ohio